# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROY-G-BIV Corporation, | ) Civil Action No.: 6:11-cv-00622 |
| | ) |
|     Plaintiff/Counterclaim-Defendant, | ) Judge Leonard E. Davis |
| | ) |
| v. | ) |
| | ) |
| ABB, Ltd., ABB Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO CORPORATION, | ) ) ) ) |
|     Defendants/Counterclaim-Plaintiffs. | ) |

## ABB INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff ABB Inc. hereby states that it is owned 100% by ABB Holdings Inc.  ABB Holdings Inc. is owned 100% by ABB Asea Brown Boveri Ltd.  ABB Asea Brown Boveri Ltd. is owned 100% by ABB Ltd.

DATED:  March 5, 2012                        /s/ Steven M. Auvil
                                                        Steven M. Auvil (Lead Attorney)
                                                        Ohio Bar No. 0063827
                                                        (Admitted E.D. Texas)
                                                        sauvil@beneschlaw.com
                                                        **BENESCH, FRIEDLANDER,**
                                                        **COPLAN & ARONOFF, LLP**
                                                        200 Public Square, Suite 2300
                                                        Cleveland, OH  44114-2378
                                                        Telephone:  (216) 363-4500
                                                        Facsimile:  (216) 363-4588

                                                        Attorney for Defendant
                                                        **ABB INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 5, 2012.  Any other counsel of record will be served by first class mail.

/s/ Steven M. Auvil
Steven M. Auvil