# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Obergericht des Kantons Zurich
International Legal Assistance
(Please cite this reference in any reply)

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

WR120183-O

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | Obergericht des Kantons Zürich<br>Internationale Rechtshilfe<br>Hirschengraben 15<br>Postfach<br>8021 Zürich<br>Schweiz |

RECEIVED U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS APR 2 2012 DAVID J. MALAND, CLERK

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
   (identity and address)

**ABB, LTD.**
**REGISTERED AGENT**
**AFFOLTERNSTRASSE 44**
**CH-8050 ZURICH**
**SWITZERLAND**

DOB:                    Phone:

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)
07. März 2012

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____

☒ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:
SUMMONS IN A CIVIL ACTION; PLAINTIFF ROY-G-BIV CORPORATION'S AMENDED COMPLAINT FOR PATENT INFRINGEMENT AND DEMAND FOR JURY TRIAL WITH EXHIBITS A, B, AND C

Done at Seattle, Washington USA, on Jan 26 2012

Signature and/or stamp

*Rick Hamilton* [signature]

PFI   PROCESS FORWARDING INTERNATIONAL

EINGEGANGEN am Obergericht Zürich,
Abteilung Internationale Rechtshilfe am:
06. Feb. 2012



TRACKING #: 7329764

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

WR 1 2 0 1 8 3 -O

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:
ROY-G-BIV CORPORATION  vs.  ABB, LTD., ABB, INC., MEADWESTVACO TEXAS, LP and MEADWESTVACO

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty-one days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
  Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a



TRACKING #: 7329764

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# AMTSGERICHT DER VEREINIGTEN STAATEN

für den
Östlichen Bezirk von Texas

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

WR 1 2 0 1 8 3 -O

| | |
|---|---|
| ROY-G-BIV Corporation ) | |
| _____ ) | |
| *Klägerin* ) | |
| gegen ) | Zivilprozessnr. 6:11-cv-00622 |
| ABB, Ltd., ABB, Inc., MEADWEST TEXAS, LP ) | |
| und MEADWESTVACO ) | |
| *Beklagte* ) | |

## VORLADUNG IN EINEM ZIVILPROZESS

A: *(Name und Anschrift des Beklagten )*    ABB, Ltd.
Zustellungsbevollmächtigter
Affolternstrasse 44, CH-8050,
Zürich, die Schweiz

Ein Prozess ist gegen Sie angestrengt worden.

Sie sollen innerhalb von 21 Tagen nach Zustellung dieser Vorladung an Ihnen (nicht einschließlich der Tag worauf Sie sie empfangen haben) –oder 60 Tagen falls Sie die Vereinigten Staaten oder eine Amerikanische Behörde, ein Beamter oder Arbeitnehmer der Vereinigten Staaten sind wie im Regel der Zivilprozessordnung P. 12 (a)(2) oder (3) beschrieben wird – eine Antwort auf die beigefügte Klage oder eine Motion gemäß Regel 12 der Zivilprozessordnung dem Antragsteller zustellen. Die Antwort oder Motion soll dem Kläger oder dem Anwalt des Antragstellers zugestellt werden, dessen Namen und Anschrift wie folgt sind:

Adam Q. Voyles
Lubel Voyles LLP
5020 Montrose Blvd., Suite 800
Houston, TX 77006
(713) 284-5200 Telefon
(713) 284-5250 Fax

Falls Sie versagen dies zu tun, wird ein Versäumnisurteil gegen Sie gefällt für die in diese Klage geforderte Abhilfe. Sie solle ebenso Ihre Antwort und Motion beim Gericht ablegen.

GERICHTSSCHREIBER

Datum : __16/11/11__          /gez./ [UNTERSCHRIFT]
                              *Unterschrift des Gerichtsschreibers oder*
                              *stellvertetenden Gerichtsschreibers*

[Runder Siegel: Amtsgericht der Vereinigten Staaten
Östlicher Bezirk von Texas]

AO 440 (Rev. 12/09) Vorladung in einem Zivilprozess (Seite 2)

Zivilprozessnr. 6:11-cv-00622

## BEWEIS DER ZUSTELLUNG
*(Dieser Abschnitt sollte nicht beim Gericht abgelegt werden wenn nicht von dem Regel der Zivilprozessordnung P. 4 (I) bedingt)*

Diese Vorladung für *(Name der Einzelperson oder Titel, wenn überhaupt)* wurde von mir am *(Datum)* _____ empfangen.

☐ Ich habe die Vorladung persönlich der Einzelperson am *(Ort)* _____ zugestellt am *(Datum)* _____ oder

☐ Ich habe die Vorladung an der Wohnung oder gewöhnlichen Aufenthalt der Einzelperson bei *(Name)* _____, eine Person geeigneten Alters und Ermessen die dort wohnt am *(Datum)* _____ hinterlassen und ich habe eine Abschrift zu seinem letzten bekannten Wohnsitz mit der Post versandt; oder

☐ Ich habe die Vorladung *(Name der Einzelperson)* _____ die durch den Gesetz zur Akzeptierung einer Vorladung namens *(Name der Organisation)* _____ genannt wird _____ am *(Datum)* _____ zugestellt; oder

☐ Ich habe die Vorladung als nicht ausgeführt zurückgesandt weil _____; oder

☐ Sonstiges *(präzisieren)* :

Meine Kosten sind $_____ für Reise und $_____ für Dienste, insgesamt $ 0,00

Ich erkläre eidesstattlich, dass diese Angaben wahrheitsgetrau sind.

Datum:_____            _____
                                           *Unterschrift des Zustellers*

                                           _____
                                           *Name und Titel*

Zusätzliche Angaben in Bezug auf die versuchte Zustellung, usw.:

| **Attestation** | CERTIFICATE | *Zustellungszeugnis* | Attestazione |

L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de la dite Convention,
THE UNDERSIGNED AUTHORITY HAS THE HONOUR TO CERTIFY, IN CONFORMITY WITH ARTICLE 6 OF THE CONVENTION,
*Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,*
L'autorità sottoscritta si pregia attestare in conformità all'art. 6 di detta Convenzione,

Supreme Court of the Canton of Zurich
International Legal Assistance
(Please mention this reference in any reply)

1. que la demande a été exécutée[1]    THAT THE DOCUMENT HAS BEEN SERVED[1]
   *dass das Ersuchen erledigt worden ist[1]*   che la domanda è stata eseguita[1]

   WR 1 2 0 1 8 3 - O

   - le (date)   THE (DATE)   - *am (Datum)*   - il (data)
   - à (localité, rue, numéro)   - AT (PLACE, STREET, NUMBER)
   - *in (Ort, Strasse, Nummer)*   - a (località, via, numero)
   - dans une des formes suivantes prévues à l'article 5:   - IN ONE OF THE FOLLOWING METHODS AUTHORISED BY ARTICLE 5:
   - *in einer der folgenden Formen nach Artikel 5:*   - in una delle seguenti forme previste dall'articolo 5:

   a) - selon les formes légales (article 5, alinéa premier, lettre a)[1].
      - IN ACCORDANCE WITH THE PROVISIONS OF SUB-PARAGRAPH (A) OF THE FIRST PARAGRAPH OF ARTICLE 5 OF THE CONVENTION[1].
      - *in einer der gesetzlichen Formen (Art. 5 Abs. 1 Bst. a)[1].*
      - secondo le forme di legge (art. 5 comma 1 lett. a)[1].
   b) - selon la forme particulière suivante[1]:
      - IN ACCORDANCE WITH THE FOLLOWING PARTICULAR METHOD[1]:
      - *in der folgenden besonderen Form[1]:*
      - secondo la forma particolare seguente[1]:
   c) - par remise simple[1].                                   - BY DELIVERY TO THE ADDRESSEE, WHO ACCEPTED IT VOLUNTARILY[1]
      - *durch einfache Übergabe[1].*                            - mediante semplice consegna[1].

   documents mentionnés dans la demande ont été remis à:
   THE DOCUMENTS REFERRED TO IN THE REQUEST HAVE BEEN DELIVERED TO:
   *Die in dem Ersuchen erwähnten Schriftstücke sind übergeben worden an:*
   I documenti di cui alla domanda sono stati consegnati a:

   - (Identité et qualité de la personne):   (IDENTITY AND DESCRIPTION OF PERSON):
   - *(Name und Stellung der Person):*   - (identità e qualità della persona):

   - liens de parenté, de subordination ou autres, avec le destinataire de l'acte:
   - RELATIONSHIP TO THE ADDRESSEE (FAMILY, BUSINESS OR OTHER):
   - *Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:*
   - rapporto di parentela, di subordinazione od altro, con il destinatario dell'atto:

2. que la demande n'a pas été exécutée, en raison des faits suivants[1]:
   THAT THE DOCUMENT HAS NOT BEEN SERVED, BY REASON OF THE FOLLOWING FACTS[1]:
   *dass das Ersuchen aus folgenden Gründen nicht erledigt werden konnte[1]:*
   che la domanda non è stata eseguita, per i seguenti motivi[1]:

   **The company, i.e. one of its legal representatives or authorized employee refused to accept the documents. Date of refusal: March 2, 2012.**

Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint[1].
IN CONFORMITY WITH THE SECOND PARAGRAPH OF ARTICLE 12 OF THE CONVENTION, THE APPLICANT IS REQUESTED TO PAY OR REIMBURSE THE EXPENSES DETAILED IN THE ATTACHED STATEMENT[1].
*ch Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten[1].*
In conformità all'articolo 12 comma 2 di detta Convenzione, il richiedente è pregato di pagare o rimborsare le spese indicate dettagliatamente nella memoria allegata[1].

**Annexes:** ANNEXES: *Beilagen:* Allegati:

**Pièces renvoyées:**                                            DOCUMENTS RETURNED:
*Zurückgesandte Schriftstücke:*                                 Se del caso, gli atti che ne comprovano l'esecuzione:
**Hague form, documents according to the list of documents on page 1 of the request form**

Le cas échéant, les documents justificatifs de l'exécution:   IN APPROPRIATE CASES, DOCUMENTS ESTABLISHING THE SERVICE:
*Gegebenenfalls Erledigungsstücke:*                             Atti restituiti:

Obergericht des Kantons Zürich
Internationale Rechtshilfe
Hirschengraben 15
Postfach
8021 Zürich (Schweiz)

**Fait à**  DONE AT  *Ausgefertigt in*  Fatto a                le THE *am* il    **March 7, 2012**

**Signature et cachet**   SIGNATURE AND STAMP
*Unterschrift und Stempel*   Firma e timbro

Tom Šimašek
Paralegal CAS