# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROY-G-BIV Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ABB, Ltd., ABB, Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO CORPORATION,<br><br>    Defendants. | Case No.  6:11-cv-00622-LED<br><br>JURY TRIAL DEMANDED |
| ROY-G-BIV Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL, INC. MOTIVA ENTERPRISES, LLC,<br><br>    Defendants. | Case No.  6:11-cv-00623-LED<br><br>JURY TRIAL DEMANDED |
| ROY-G-BIV Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SIEMENS CORP., et al.<br><br>    Defendants. | Case No.  6:11-cv-00624-LED<br><br>JURY TRIAL DEMANDED |

**NOTICE OF COMPLIANCE RE ADDITIONAL DISCLOSURES**

Plaintiff, ROY-G-BIV Corporation ("RGB"), hereby notifies the Court that pursuant to the proposed Discovery Order of June 19, 2012 [Dkt. #56-2] RGB served its First Amended Statement of Additional Disclosures as to Honeywell International, Inc., and Motiva Enterprises, LLC, and its Statements of Additional Disclosures as to ABB, Ltd., ABB, Inc., MeadWestvaco Texas, LP, MeadWestvaco Corporation, Siemens Corporation, Siemens Industry, Inc., Siemens AG, Siemens Product Lifecycle Management Software, Inc., and Siemens Product Lifecycle Management Software II (US), Inc., upon counsel for defendants via electronic means on October 25, 2012.

Dated:  October 26, 2012

/s/ Richard S. Meyer
William A. Isaacson
D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone:  202.237.2727
Fax:  202.237.6131
E-mail:  wisaacson@bsfllp.com
E-mail:  munderhill@bsfllp.com
E-mail:  rmeyer@bsfllp.com
E-mail:  plafferty@bsfllp.com

/s/ Gregory P. Love
Gregory P. Love
Texas Bar No. 24013060
STEVENS LOVE
P. O. Box 3427
Longview, Texas 75606-3427
903.753.6760
903.753.6761 (Fax)
greg@stevenslove.com

>Lance Lubel
>Lead Attorney
>Texas Bar No. 12651125
>Adam Q. Voyles
>Texas Bar No. 24003121
>LUBEL VOYLES, LLP
>5020 Montrose Blvd., Suite 800
>Houston, Texas 77006
>713.284-5200
>713.284-5250 (Fax)
>lance@lubelvoyles.com
>adam@lubelvoyles.com
>
>Russell A. Chorush
>Texas State Bar No. 24031948
>HEIM, PAYNE & CHORUSH, L.L.P.
>JP Morgan Chase Tower
>600 Travis Street, Suite 6710
>Houston, Texas 77002
>Telephone:  (713) 221-2000
>Fax:  (713) 221-2021
>E-mail:  rchorush@hpcllp.com
>
>*Attorneys for Plaintiff ROY-G-BIV Corporation*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 26th day of October 2012.

>/s/ *Gregory P. Love*
>Gregory P. Love