**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ROY-G-BIV Corporation, | ) </br> ) </br> ) |
| Plaintiff, | ) CASE NO. 6:11-cv-00622 LED </br> ) |
| v. </br> ABB Ltd, ABB Inc., MEADWESTVACO </br> TEXAS, LP and MEADWESTVACO </br> CORPORATION. </br> Defendants. | ) **JURY TRIAL DEMANDED** </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**ORDER GRANTING THE JOINT MOTION FOR ENTRY OF AN ORDER
REFLECTING THE JOINT STIPULATION REGARDING ABB LTD.'S MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff ROY-G-BIV ("RGB") and Defendants ABB Ltd. and ABB Inc. (collectively "ABB") entered into a joint stipulation regarding ABB Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and jointly moved for an order reflecting same. Such Motion is GRANTED in its entirety, and it is ORDERED that:

RGB shall dismiss ABB Ltd., without prejudice, in exchange for ABB Inc. serving as a clearinghouse for reasonable requests for the source code and other technical and financial information that is relevant to the claims asserted by RGB. In other words, in conjunction with ABB Inc.'s discovery obligations, ABB Inc. will produce information and documents requested relating to the accused products in accordance with the Rules and timeframes provided by the Federal Rules of Civil Procedure subject to substantive objections (e.g., relevancy, overbreadth, burdensomeness) and will not refuse to produce relevant information or documents based on the information or documents being in the possession of another ABB Group company.

Additionally, ABB Inc. shall provide substantive responses to the following interrogatories by December 13, 2012.

- Identify the entity(ies) who makes Industrial IT Products, including, but not limited to, System 800xA, Compact HMI 800 and PLC Connect, the location where the products are manufactured, the companies that sell and/or distribute them, the companies that import them into the United States, and the companies who service those products.

- Identify the entity(ies) who makes the following hardware products: AC500, PS551-MC, ACS800 and IRC5 along with, the location where the products are manufactured, the companies that sell and/or distribute them, the companies that import them into the United States, and the companies who service those products.

Within three (3) business days of receipt of the substantive responses to the foregoing interrogatory requests, RGB shall file an Unopposed Motion to Dismiss ABB Ltd. without prejudice and advise the Court that the pending motion to dismiss for lack of personal jurisdiction (Doc. No. 35) is moot.

**So ORDERED and SIGNED this 12th day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**