## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **ROY-G-BIV Corporation,**<br>      **Plaintiff,**<br><br>**v.**<br><br>**ABB, LTD., ET AL.,**<br>      **Defendants.** | § § § § § § § § § | **Case No. 6:11-cv-622**<br><br>**LEAD CONSOLIDATED CASE** |
| **ROY-G-BIV Corporation,**<br>      **Plaintiff,**<br><br>**v.**<br><br>**HONEYWELL INTERNATIONAL,**<br>**INC., ET AL.,**<br>      **Defendants.** | § § § § § § § § § | **Case No. 6:11-cv-623**<br><br>**MEMBER CASE** |

## ORDER

The Court has reviewed the stipulation of the parties regarding dismissal with prejudice of all claims and counterclaims in *Roy-G-Biv Corp. v. Honeywell International Inc., et al.*, Cause No. 6:11-CV-00623-LED, due to settlement.

Pursuant to that stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Cause No. 6:11-CV-00623-LED be and hereby is dismissed with prejudice, with each party to bear its own costs.

**So ORDERED and SIGNED this 18th day of February, 2014.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**