**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| ROY-G-BIV Corporation, | ) Civil Action No.: 6:11-cv-00622 |
|     Plaintiff/Counterclaim-Defendant, | ) Judge Leonard E. Davis |
| v. | ) |
| ABB Ltd, ABB Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO CORPORATION, | ) |
|     Defendants/Counterclaim-Plaintiffs. | ) |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES**

Before the Court is the Motion to Stay All Deadlines filed by Plaintiff ROY-G-BIV Corporation and Defendants ABB Inc., Meadwestvaco Texas, LP and Meadwestvaco Corporation ("Defendants"). The Court determines that said motion is GRANTED.

It is therefore ORDERED that all pending deadlines are stayed for thirty (30) days until and through September 19, 2014, pending final execution of necessary documents and filing of dismissal documents.

**So ORDERED and SIGNED this 20th day of August, 2014.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**