# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ROY-G-BIV Corporation, | ) |
| Plaintiff, | ) CASE NO. 6:11-cv-00622-LED |
| v. | ) JURY TRIAL DEMANDED |
| ABB, Ltd., ABB, Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO CORPORATION. | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff ROY-G-BIV Corporation ("Plaintiff") as well as Defendants ABB, Ltd., ABB, Inc., MEADWESTVACO TEXAS, LP and MEADWESTVACO Corporation ("Defendants"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action.  Each party shall bear its own attorneys' fees and costs.

Dated: September 29, 2014                    Respectfully submitted,

/s/ *Gregory P. Love*
Gregory P. Love (Texas Bar No.24013060)
**LOVE LAW FIRM**
P. O. Box 948
Henderson, Texas 75653
Telephone: (903) 690-7100
Facsimile: (903) 392-2267
greg@lovetrialfirm.com

Lance Lubel (Texas Bar No. 12651125)
Adam Q. Voyles (Texas Bar No. 24003121)
LUBEL VOYLES, LLP
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
Telephone: (713) 284-5200
Facsimile: (713) 284-5250
lance@lubelvoyles.com
adam@lubelvoyles.com

Russell A. Chorush (Texas State Bar No. 24031948)
HEIM, PAYNE & CHORUSH, L.L.P.
JP Morgan Chase Tower
600 Travis Street, Suite 6710
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile: (713) 221-2021
rchorush@hpcllp.com

D. Michael Underhill
Richard S. Meyer
Patrick M. Lafferty
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, NW
Washington, DC 20015
Telephone: 202.237.2727
Fax: 202.237.6131
E-mail: wisaacson@bsfllp.com
E-mail: munderhill@bsfllp.com
E-mail: rmeyer@bsfllp.com
E-mail: plafferty@bsfllp.com

ATTORNEYS FOR PLAINTIFF
ROY-G-BIV CORPORATION

By: /s/ Steven M. Auvil
Steven M. Auvil (Ohio Bar No. 0063827)
(Admitted E.D. Tex)
steven.auvil@squiresanders.com
Bryan J. Jaketic (PHV)
bryan.jaketic@squiresanders.com
John J. Thuermer (Ohio Bar No. 0087638))
(Admitted E.D. Tex)
john.thuermer@squiresanders.com
SQUIRE SANDERS (US) LLP
4900 Key Tower
127 Public Square
Cleveland, Ohio 44114
Telephone: (216) 479-8023
Facsimile: (216) 479-8780

Jeremy W. Dutra (PHV)
jeremy.dutra@squiresanders.com
SQUIRE SANDERS (US) LLP
1200 19th Street, NW, Suite 300
Washington, DC 20036
Telephone: (202) 626-6600
Facsimile: (202) 626-6780

Michael E. Jones (Texas Bar No. 10929400)
mikejones@potterminton.com
Allen F. Gardner (Texas Bar No. 24043679)
allengardner@potterminton.com
POTTER MINTON
A Professional Corporation
110 N. College Ave., Suite 500
Tyler, Texas 75702
Telephone: (903) 597-8311
Facsimile: (903) 593-0846

ATTORNEYS FOR DEFENDANTS
ABB INC., MEADWESTVACO TEXAS, LP and
MEADWESTVACO
CORPORATION

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 29th day of September 2014.

/s/ *Gregory P. Love*
Gregory P. Love